JAMES SLATTERY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF CALDWELL, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 317.

*Mr. Robert W. Brady* for the petitioner.

*Messrs. Mills, Doyle & Muir* for the respondents.

July 3, 1964. 

LUTHER A. WYNN, JR., PLAINTIFF-PETITIONER, v. HOUSING AUTHORITY OF THE CITY OF NEWARK, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Fred Freeman* for the petitioner.

*Messrs. Gaffey & Webb* for the respondent.